UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ISHMAEL WHITAKER,
    Plaintiff,

vs.                                             Case No.: 3:20cv5643/LAC/EMT

J. MILLER, et al.,
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

This matter is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). Plaintiff did not file his complaint on the proper form (*id.*). Plaintiff also neither paid the filing fee nor filed a motion to proceed in forma pauperis (IFP).

On July 20, 2020, the court entered an order requiring Plaintiff to file an amended complaint on the form approved for use in the Northern District of Florida and either pay the filing fee or obtain leave to proceed IFP by filing a fully and properly completed IFP motion with attachments (ECF No. 4). The undersigned directed the clerk of court to send Plaintiff a § 1983 complaint form and the correct set of forms needed for filing a motion to proceed IFP (*id.*). The undersigned

advised that failure to comply with the court's order as instructed would likely result in a recommendation that the case be dismissed (*id.* at 4).

After Plaintiff failed to comply within the time allowed, the court entered an order on August 27, 2020, directing Plaintiff to show cause, within thirty days, why the case should not be dismissed for failure to comply with an order of the court (ECF No. 5). The court advised that failure to comply with the order would result in a recommendation that the case be dismissed. Time for compliance with the show cause order has now elapsed, and Plaintiff has neither filed an amended complaint on the court form nor paid the filing fee or submitted an IFP motion.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 2nd day of October 2020.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

Case No.: 3:20cv5643/LAC/EMT

# NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**